UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HECTOR ESCOBAR, JR., TAMMY HOLGUIN, PAMELA LOPEZ, VALDEMAR LOPEZ and CHRISTIAN RODRIGUEZ, individually, and on behalf of all others similarly situated, ) ) ) ) ) ) | |
| Plaintiffs, ) | No. |
| ) | |
| v. ) | Judge _____ |
| ) | |
| LENSCRAFTERS, INC., doing business as LUXOTTICA RETAIL, ) ) ) | Magistrate Judge _____ |
| Defendants. ) | |

# **INDEX OF EXHIBITS**

**NOTICE OF REMOVAL OF ACTION**

Exhibit A    Class Action Complaint

Exhibit B    Unpublished Cases

- Targetcom, Inc. v. Cirrus System, Inc.
- Hertz Corp. v. Melinda Friend

Exhibit C    Declaration of Glee Jacobs

Exhibit D    Declaration of Peggy Mannix