**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Hector Escobar Jr., et al.

                        Plaintiff,

v.                                         Case No.: 1:10–cv–01610
                                                      Honorable Harry D. Leinenweber

Luxottica Retail North America Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 25, 2011:

      MINUTE entry before Honorable Harry D. Leinenweber:The Joint Motion to Approve Resolution and Dismiss [30] is granted. Status hearing held on 1/25/2011. Cause dismissed with prejudice. Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.